1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                      UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12 VAFA CHRISTOPHER MOEZZI,           )
                                      ) No. C 07-0186 SC
13              Plaintiff,            )
                                      )
14         v.                         ) **STIPULATION TO EXTEND DATES;**
                                      ) **AND [PROPOSED] ORDER**
15 MICHAEL CHERTOFF, Secretary        )
   EMILIO T. GONZALES, Director, CIS  )
16 DAVID STILL, District Director,    )
   Department of Homeland Security,   )
17                                    )
                Defendants.           )
18                                    )

19 ─────────────────────────────────

20     The plaintiff, by and through his attorney of record, and defendants, by and through their

21 attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

22     1. The plaintiff filed an action under 8 U.S.C. § 1447(b) on January 10, 2007, asking this

23 Court to adjudicate his application for naturalization or, in the alternative, to direct the United

24 States Citizenship and Immigration Services (USCIS) to adjudicate his application for

25 naturalization.

26     2. The USCIS has agreed to ask the FBI to expedite the processing of a mandatory name check

27 of the plaintiff, which has delayed adjudication of the plaintiff's application for naturalization.

28     3. In light of the reasonable possibility that the FBI will complete the name check of the

STIPULATION TO EXTEND DATES
C07-0186 SC                              1

plaintiff and that the USCIS will adjudicate the plaintiff's application for naturalization within 90 days, the parties respectfully ask this Court to extend the date of the case management conference, which is currently scheduled for April 20, 2007, by approximately 60 days.

4. The parties therefore agree, subject to court approval, to continue the Case Management Conference currently set for April 20, 2007, **to June 22, 2007.**

5. The parties further agree, subject to court approval, to file a joint case management statement seven days in advance of the case management conference if the case is not administratively resolved prior to that date.

Dated:  April 12, 2007

        EDWARD R. LITWIN
        Litwin & Associates
        Attorney for Plaintiff

Dated:  April 12, 2007

        SCOTT N. SCHOOLS
        United States Attorney

        EDWARD A. OLSEN
        Assistant United States Attorney
        Attorney for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference be continued to June 29, 2007, at 10:00 a.m.

Dated:  April 16, 2007

IT IS SO ORDERED
Judge Samuel Conti

STIPULATION TO EXTEND DATES
C07-0186 SC
        2