SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VAFA CHRISTOPHER MOEZZI,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, Secretary<br>EMILIO T. GONZALES, Director, CIS<br>DAVID STILL, District Director,<br>Department of Homeland Security,<br><br>  Defendants. | No. C 07-0186 SC<br><br>**STIPULATION TO DISMISS; AND<br>[PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-0186 SC                                                     1

| | | |
|---|---|---|
| 1 | Dated: May 22, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | | |
| 8 | Dated: May ___, 2007 | EDWARD R. LITWIN<br>CHRISTINA LEE |
| 9 | | Attorneys for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:   May 22, 2007

SAMUEL CONTI
United States District Judge

IT IS SO ORDERED
Judge Samuel Conti

Stipulation to Dismiss
C07-0186 SC

2

1  Dated: May ___, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

7  Dated: May 21, 2007

_____
EDWARD R. LITWIN
CHRISTINA LEE
Attorneys for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

13  Dated:

_____
SAMUEL CONTI
United States District Judge

Stipulation to Dismiss
C07-0186 SC

2